# U.S. District Court [LIVE]
## Western District of Texas (San Antonio)
## CIVIL DOCKET FOR CASE #: 5:19-cv-01481-XR

Workman v. The United States of America  
Assigned to: Judge Xavier Rodriguez  
Demand: $10,000,000,000  
Lead case: 5:18-cv-00555-XR  
Member case: (View Member Case)  
Cause: 28:2271 Federal Tort Claims Act  

Date Filed: 12/23/2019  
Date Terminated: 07/30/2021  
Jury Demand: None  
Nature of Suit: 360 P.I.: Other  
Jurisdiction: U.S. Government Defendant  

**Plaintiff**

**Colbey Workman**                                represented by **Brett T. Reynolds**  
Brett Reynolds & Associates, P.C.  
1250 N.E. Loop 410 Suite 310  
San Antonio, TX 78209  
(210)805-9799  
Fax: 210 455 2434  
Email: btreynolds@btrlaw.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**The United States of America**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/23/2019 | 1 | COMPLAINT ( Filing fee $ 400 receipt number 0542-13007020), filed by Colbey Workman. (Attachments: # 1 Exhibit Exh A, # 2 Exhibit Exh B, # 3 Exhibit Exh C, # 4 Civil Cover Sheet Cover Sheet)(Reynolds, Brett) (Entered: 12/23/2019) |
| 12/23/2019 | 2 | REQUEST FOR ISSUANCE OF SUMMONS by Colbey Workman. (Reynolds, Brett) (Entered: 12/23/2019) |
| 12/23/2019 |   | Case assigned to Judge Jason K. Pulliam. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (wg) (Entered: 12/23/2019) |
| 12/23/2019 |   | If ordered by the court, all referrals will be assigned to Magistrate Judge Chestney (wg) (Entered: 12/23/2019) |
| 12/23/2019 | 3 | Summons Issued as to The United States of America, U.S. Attorney and U.S. Attorney General (wg) (Entered: 12/23/2019) |
| 01/02/2020 | 4 | TRANSFER ORDER . Case reassigned to Judge Xavier Rodriguez for all proceedings. Judge Jason K. Pulliam no longer assigned to case. Signed by Judge Jason K. Pulliam. (mgr) Modified on 1/2/2020, to edit text (mgr). (Entered: 01/02/2020) |
| 01/06/2020 | 5 | ORDER, Accordingly, it is ORDERED that this case, 5:19-CV-1481-XR, isconsolidated with the lead case, 5:18-CV-555-XR. All future filings should be made in the Lead case 5:18-cv-555-XR Signed by Judge Xavier Rodriguez. (mgr) Modified on 1/6/2020, to edit text (mgr). (Entered: 01/06/2020) |
| 02/03/2020 |   | Set Deadlines/Hearings: Discovery due by 7/8/2020, Motions due by 7/8/2020, Jury Selection and Trial set for 9/8/2020 10:30AM before Judge Xavier Rodriguez, Pretrial Conference set for 8/27/2020 10:30 AM before Judge Xavier Rodriguez, (mgr) (Entered: 02/03/2020) |
| 07/30/2021 | 6 | ORDER-- The Clerks office is therefore DIRECTED to administratively close these consolidated cases pending further order of the Court. Though administratively closed, these cases will still exist on the docket of this Court and may be reopened upon request or on the Courts own motion. Parties may continue to file motions and documents under the lead case, Holcombe v. United States, SA-18-CV-555-XR. Signed by Judge Xavier Rodriguez. (bc) (Entered: 08/02/2021) |
| 02/22/2022 | 7 | NOTICE of Filing Proposed Final Judgment by Colbey Workman (Alsaffar, Jamal) (Entered: 02/22/2022) |
| 04/05/2022 | 8 | NOTICE of Filing Revised Proposed Final Judgment by Colbey Workman (Alsaffar, Jamal) (Entered: 04/05/2022) |
| 04/05/2022 | 9 | FINAL JUDGMENT. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 04/05/2022) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/14/2022 06:41:47 | | | |
| **PACER Login:** | aprilstrahan:5751545:0 | **Client Code:** | Sutherland Springs |
| **Description:** | Docket Report | **Search Criteria:** | 5:19-cv-01481-XR |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

# FREE STATE REPORTING, INC.
1378 CAPE ST. CLAIRE ROAD
ANNAPOLIS, MD 21409
800-231-TYPE (8973)

# Invoice

| DATE | INVOICE # |
|---|---|
| 6/23/20 | WDTX088 |

**PAID 06/23/20**

| BILL TO | SHIP TO |
|---|---|
| Brett Reynolds<br>1250 NE Loop 410, Suite 310<br>San Antonio, Texas 78201<br>btreynolds@btrlaw.com | |

| TERMS | PO NO. | CONTRACT NO. |
|---|---|---|
| | | |

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| Date of Deposition: 6/12/2020<br>In the matter of: Colbey Workman v. USA<br>Deposition of: Colbey Workman<br>First copy of transcript | 92 | 3.15 | 289.80 |

Federal ID # ■■■■■■   DUNS #051045359

Please reference invoice number on payment. Outstanding balances incur a finance charge of 1.5% per month.

**Total:** $289.80

**Balance Due:** $0.00